UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE THOMAS M. LYNCH　　　　　　Hearing Date: 11/8/13

Bankruptcy Case No. 13-82333　Adversary No. _____

Title of Cause: Zachary Taylor / Brittney Taylor

Brief Statement of Motion: Motion to Vacate Confirmation Order

Name and Addresses of moving counsel: Jeff Dahlberg for debtors, Amy Aronson for Arnold

Representing: Landis for Glenview State Bank

## ORDER

Cause is continued to 11/22/13 at 9:00 am and is marked final by the court. Attorney Landis shall appear on that date in person or the motion will be denied for want of prosecution.

ENTER:

/s/ Thomas M. Lynch

THOMAS M. LYNCH
U.S. BANKRUPTCY JUDGE

DATE: 11/8/13