# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: ZACHARY L. TAYLOR  § Case No. 13-82333
       BRITTNEY A. TAYLOR  §
                                   §
             Debtor(s)  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/28/2013.

2) The plan was confirmed on 09/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/17/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/07/2014, 11/06/2014, 01/23/2015.

5) The case was dismissed on 01/23/2015.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,102.04 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 4,077.04 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,826.04 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 244.62 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,070.66 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,826.04 | 0.00 |
| GLENVIEW STATE BANK | Sec | 10,640.00 | 15,378.77 | 10,640.00 | 838.05 | 511.79 |
| GLENVIEW STATE BANK | Uns | 4,406.00 | 0.00 | 4,738.77 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,729.00 | 2,318.93 | 2,318.93 | 0.00 | 0.00 |
| ACS IN EDUCATION | Uns | 1,876.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES INC | Uns | 1,338.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| AT & T PHONE SERVICE | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| MMCC | Uns | 852.99 | 1,404.49 | 1,404.49 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 521.59 | 502.20 | 502.20 | 0.00 | 0.00 |
| BACK BOWL I LLC SERIES B | Uns | 709.06 | 709.06 | 709.06 | 0.00 | 0.00 |
| CENTURY LINK | Uns | 450.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK INTO CASH | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BETTENDORF | Uns | 175.45 | NA | NA | 0.00 | 0.00 |
| CITY OF TACOMA | Uns | 604.79 | 604.79 | 604.79 | 0.00 | 0.00 |
| COMCAST | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,391.65 | 1,522.99 | 1,522.99 | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 1,284.10 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 548.00 | NA | NA | 0.00 | 0.00 |
| DEFENSE FINANCE ACCOUNTING | Uns | 3,600.00 | NA | NA | 0.00 | 0.00 |
| DR LESAGE | Uns | 272.00 | NA | NA | 0.00 | 0.00 |
| FAMILY HEALTH CLINIC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 4,029.26 | 4,051.29 | 4,051.29 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| IL STUDENT ASSISTANCE | Uns | 1,974.24 | NA | NA | 0.00 | 0.00 |
| JOSH REEDER | Uns | 7,500.00 | NA | NA | 0.00 | 0.00 |
| KAPLAN UNIVERSITY | Uns | 280.91 | NA | NA | 0.00 | 0.00 |
| KEWANEE HOSPITAL | Uns | 610.00 | 610.00 | 610.00 | 0.00 | 0.00 |
| KSB HOSPITAL | Uns | 5,673.00 | NA | NA | 0.00 | 0.00 |
| JOSH REEDER/MATCO TOOLS | Sec | 7,000.00 | 7,810.40 | 7,000.00 | 656.54 | 0.00 |
| JOSH REEDER/MATCO TOOLS | Uns | 0.00 | 0.00 | 810.40 | 0.00 | 0.00 |
| AAFES/MIL STAR/EXCHANGE | Uns | 1,743.43 | 1,743.43 | 1,743.43 | 0.00 | 0.00 |
| MURREYS DISPOSAL | Uns | 65.00 | 93.72 | 93.72 | 0.00 | 0.00 |
| PREMIER BANKCARD / CHARTER | Uns | 502.74 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 13,000.00 | 3,970.35 | 3,970.35 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 949.47 | 949.00 | 949.00 | 0.00 | 0.00 |
| SNAP - ON TOOLS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 742.43 | 742.43 | 742.43 | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| STERLING FEDERAL BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| TACOMA POWER | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 300.00 | 467.35 | 467.35 | 0.00 | 0.00 |
| US CELLULAR | Uns | 918.05 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | Uns | 809.65 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 373.15 | NA | NA | 0.00 | 0.00 |
| US TREASURY | Uns | 614.85 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS | Uns | 8,000.00 | 6,376.05 | 6,376.05 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 189.18 | 189.19 | 189.19 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 558.83 | 1,442.84 | 1,442.84 | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 30.45 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Uns | 1,876.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 0.00 | 38.00 | 38.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,099.38 | 1,099.38 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 514.87 | 514.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 515.00 | 515.00 | 0.00 | 0.00 |
| MIDAMERICAN ENERGY COMPANY | Uns | 0.00 | 293.05 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,640.00 | $ 838.05 | $ 511.79 |
| All Other Secured | $ 7,000.00 | $ 656.54 | $ 0.00 |
| **TOTAL SECURED:** | $ 17,640.00 | $ 1,494.59 | $ 511.79 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,514.53 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,070.66 |
| Disbursements to Creditors | $ 2,006.38 |
| **TOTAL DISBURSEMENTS:** | $ 4,077.04 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/22/2015        By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.